## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ----------------------------------------------------------- X | |
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION : : : : | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>Judge David R. Herndon |
| ----------------------------------------------------------- **This Document Relates to:** | **ORDER DISMISSING WITHOUT PREJUDICE** |

*Loren Adams v. Bayer HealthCare Pharms. Inc.*, et al. No. 3:10-cv-11739-DRH-PMF

*Lindsay Galligan v. Bayer Corp., et al.* No. 3:10-cv-11236-DRH-PMF

### ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on defendant Bayer HealthCare Pharmaceuticals Inc.'s ("Bayer") motion to dismiss the above captioned action without prejudice. To date, plaintiff has not responded to Bayer's motion.

On March 14, 2011, the Court granted a motion to withdraw filed by Plaintiff's counsel in each of the above-captioned matters. (*Adams*Doc. 8; *Galligan*Doc. 11).The Orders provided that, "[i]f Plaintiff or her new counsel fails to file a supplementary appearance within 21 days of the entry of this Order, Plaintiff's action will be subject to dismissal without prejudice for failure to comply with this Order and with her Plaintiff Fact Sheet requirements." (*Adams*

Doc. 8 at 2; *Galligan* Doc. 11 at 2). To date, and in violation of the Order **and Local Rule 83.1(g)**, plaintiffs have not filed supplementary appearances.

Plaintiffs must comply with the Local Rules and this Court's orders. **Fed.R. Civ. P. 41(b)**. In addition, plaintiff's failure to file an appearance has prejudiced Bayer. Bayer has answered each of the complaints (*Adams* Doc. 5; *Galligan* Doc. 5), meaning that these Plaintiffs should have Plaintiff Fact Sheet obligations. To date, and in violation of Case Management Order 12, plaintiffs have not served a PFS.

Accordingly, for the reasons stated herein, plaintiffs' actions are hereby dismissed without prejudice.

**SO ORDERED.**

Digitally signed by David R. Herndon
Date: 2011.04.18 12:04:35 -05'00'

**Chief Judge**  Date: April 18, 2011
**United States District Court**